

# Social Security Administration
## Benefit Verification Letter

Date: January 19, 2021
BNC#: ███████
REF ███

MARCY LYNN ACITO
403 LEWIS AVE
JEANNETTE PA  15644-2509

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2020, the full monthly Social Security benefit before any deductions is $826.40.

We deduct $163.40 for medical insurance premiums each month.

The regular monthly Social Security payment is $663.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

We found that you became disabled under our rules on December 12, 2014.

**Information About Past Social Security Benefits**

From December 2019 to November 2020, the full monthly Social Security benefit before any deductions was $815.80.

We deducted $159.10 for medical insurance premiums each month.

The regular monthly Social Security payment was $656.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | Chapter 7 Bankruptcy |
| | ) | |
| MARCY L. ACITO, | ) | |
| | ) | Proof of Income Statement |
| Debtor. | ) | |
| | ) | |

## PROOF OF INCOME STATEMENT

The Debtor, MARCY L. ACITO, by and through her Attorney, GINO F. PELUSO, ESQ., hereby attaches this Proof of Income Statement, to her Chapter 7 Bankruptcy filing, and requests that the Court accept the following information as the Debtor's Proof of Income Statement, in that she does not receive pay stubs:

a. Rent from Youngwood Property in the amount of $800.00/month.

/s/Gino F. Peluso, Esq.
GINO F. PELUSO, ESQ.
Attorney for the Debtor,
MARCY L. ACITO