

6015 Enterprise Drive
Export, PA 15632

MARK ACITO
1094 BERT CIRCLE
PENN, PA 15675

Phone Number:
SSN: XXX-XX-9817

| | | |
|---|---|---|
| Emp No | 128683 | Check No: 102724 |
| Location | 1030 | Check Date: 12/23/2020 |
| Cost Center | D00410 | Period Start: 12/7/2020 |
| Business Unit | | Period End: 12/20/2020 |
| Job Cost | | Pay Group: JOG |
| Job Family | MFG | Pay Rate: 14.00 |
| AR # | WAT1010 | Job: USH |

### EARNINGS

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Double Time | | | 16.28 | | 455.84 | 574.84 |
| Flex PTO | | | 8.00 | | 112.00 | 112.00 |
| Holiday | | | | | | 224.00 |
| OT Premium | | | 9.08 | | 63.56 | 413.77 |
| Paid Time Off | | | | | | 336.00 |
| Regular | | | 89.08 | | 1247.12 | 6502.54 |
| Shift $.75 | | | | | | 264.66 |
| Shift $.75 OT | | | | | | 62.66 |
| Shift 7 | | | 80.00 | | 140.00 | 440.00 |
| Shift 7 DT | | | 16.28 | | 56.98 | 56.98 |
| Shift 7 OT | | | 9.08 | | 23.84 | 23.84 |
| **Totals** | | | 113.36 | | 2099.34 | 8711.29 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 222.27 | 775.95 |
| Employee Medicare | 30.44 | 126.31 |
| Social Security Emp | 130.16 | 540.10 |
| PA State Income Tax | 64.45 | 267.43 |
| Penn | 20.99 | 87.14 |
| Penn Twp | 1.81 | 12.67 |
| Penn Trafford SD | 0.19 | 1.33 |
| PA Unemployment Emp | 1.26 | 5.22 |
| **Totals** | 471.57 | 1816.14 |

Total Hours Worked: 0

### EMPLOYEE ACCRUALS

| Desc | Balance | Taken | Remaining |
|---|---|---|---|
| FLPTO | 5.34 | 8.00 | |
| PTO | 2.44 | 24.00 | |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### EMPLOYER AMOUNTS

| | Current | YTD |
|---|---|---|

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| C | 10167406 | 1627.77 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 2099.34 | 471.57 | 0.00 | 1627.77 |
| YTD | 8711.29 | 1816.14 | 0.00 | 6895.15 |

Total Net Pay: 1627.77
Check Amount: 0.00

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽

15 Enterprise Drive
port, PA 15632

MARK ACITO
1094 BERT CIRCLE
PENN, PA 15675

one Number
SSN: XXX-XX-9817

| | | |
|---|---|---|
| Emp No | 128683 | Check No: 98442 |
| Location | 1030 | Check Date: 11/25/2020 |
| Cost Center | D00410 | Period Start: 11/9/2020 |
| Business Unit | | Period End: 11/22/2020 |
| Job Cost | | Pay Group: JOG |
| Job Family | MFG | Pay Rate: 14.00 |
| AR # | WAT1010 | Job: USH |

### EARNINGS

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Double Time | | | 4.25 | | 119.00 | 119.00 |
| OT Premium | | | 6.52 | | 59.64 | 350.21 |
| Paid Time Off | | | 24.00 | | 336.00 | 336.00 |
| Regular | | | 64.52 | | 903.28 | 5255.42 |
| Shift $.75 | | | 80.00 | | 60.00 | 264.66 |
| Shift $.75 OT | | | 12.77 | | 15.96 | 62.66 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 154.00 | 453.68 |
| Employee Medicare | 21.67 | 92.63 |
| Social Security Emp | 92.62 | 395.05 |
| Pa State Income Tax | 45.86 | 196.10 |
| Penn | 14.94 | 63.89 |
| Penn Twp | 1.81 | 9.05 |
| Penn-Trafford Sd | 0.19 | 0.95 |
| Pa Unemployment Emp | 0.90 | 3.84 |

Total Hours Worked: 0    Totals: 92.77   1493.88   6387.95    Totals: 331.99   1216.19

### EMPLOYEE ACCRUALS

| Desc | Balance | Taken | Remaining |
|---|---|---|---|
| EUPTO | 13.34 | 0.00 | |
| PTO | 8.60 | 24.00 | |

### DEDUCTIONS | EMPLOYER AMOUNTS | NET PAY DISTRIBUTION

| Description | Current | YTD | Current | YTD | Type | Acct Number | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | C | 10167406 | 1161.89 |

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 1493.88 | 331.99 | 0.00 | 1161.89 | Total Net Pay | 1161.89 |
| YTD | 6387.95 | 1216.19 | 0.00 | 5171.76 | Check Amount | 0.00 |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽



| | | | | | Check No. | 97576 |
|---|---|---|---|---|---|---|
| | | | Emp No | 128683 | Check Date | 11/13/2020 |
| | | | Location | 1030 | Period Start | 10/26/2020 |
| | | | Cost Center | D00410 | Period End | 11/8/2020 |
| | | | BusinessUnit | | Pay Group | JOG |
| | | | Job Cost | | Pay Rate | 14.00 |
| | | | Job Family | MFG | Job | USH |
| | | | AR# | WAT1010 | | |

| | | | | | TAXES | |
|---|---|---|---|---|---|---|
| EARNINGS | | | | | Tax Code | Current | YTD |
| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD | Federal Income Tax | 140.91 | 299.68 |
| | | | 8.27 | | 57.89 | 290.57 | Employee Medicare | 19.76 | 70.96 |
| | | | 88.27 | | 1235.78 | 4352.14 | Social Security Emp | 84.50 | 303.43 |
| | | | 80.00 | | 60.00 | 204.66 | Pa State Income Tax | 41.84 | 150.24 |
| Premium | | | 8.27 | | 0.30 | 46.70 | Penn | 13.63 | 48.95 |
| | | | | | | | Penn Twp | 1.81 | 7.24 |
| | | | | | | | Penn Trafford Sd | 0.19 | 0.76 |
| | | | | | | | Pa Unemployment Emp | 0.82 | 2.94 |

Totals: 88.27 1362.97 4894.07    Totals: 303.46 884.20

| DEDUCTIONS | | EMPLOYER AMOUNTS | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Description | Current | YTD | Current | YTD | Type | Acct Number | Amount |
| | | | | | C | 10167406 | 1059.51 |

EMPLOYEE ACCRUALS
| Desc | Balance | Taken | Remaining |
|---|---|---|---|
| FLPTO | 13.34 | 0.00 | |
| PTO | 12.32 | 0.00 | |

Total Net Pay: 1059.51
Check Amount: 0.00

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 1362.97 | 303.46 | 0.00 | 1059.51 |
| YTD | 4894.07 | 884.20 | 0.00 | 4009.87 |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽

Dormont Manufacturing Co
1015 Enterprise Drive
Export, PA 15632

MARK ACITO
1094 BERT CIRCLE
PENN, PA 15675

Phone Number:
SSN: XXX-XX-9817

| | | Emp No | 128683 | Check No | 94877 |
|---|---|---|---|---|---|
| | | Location | 1030 | Check Date | 10/30/2020 |
| | | Cost Center | D00410 | Period Start | 10/12/2020 |
| | | Business Unit | | Period End | 10/25/2020 |
| | | Job Cost | | Pay Group | JOG |
| | | Job Family | MFG | Pay Rate | 14.00 |
| | | AR # | WAT1010 | Job | USH |

### EARNINGS

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| | | | | | 106.89 | 232.68 |
| OT Premium | | | 95.27 | | 1333.78 | 3116.36 |
| Regular | | | 80.00 | | 60.00 | 144.66 |
| Shift $.75 | | | 15.27 | | 17.18 | 37.40 |
| Shift $.75 OT | | | | | | |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 76.40 | 158.77 |
| Employee Medicare | 22.01 | 51.20 |
| Social Security Emp | 94.11 | 218.93 |
| Pa State Income Tax | 46.60 | 108.40 |
| Penn | 15.18 | 35.32 |
| Penn Twp | 1.81 | 5.43 |
| Penn-Trafford Sd | 0.19 | 0.57 |
| Pa Unemployment Emp | 0.91 | 2.12 |

Totals: 95.27  1517.85  3531.10  Totals: 257.21  580.74

Total Hours Worked: 0

EMPLOYEE ACCRUALS  Remaining Description    DEDUCTIONS Current YTD    EMPLOYER AMOUNTS Current YTD    NET PAY DISTRIBUTION Type Acct Number Amount
C  10167406  1260.64

6010 Enterprise Drive
Export, PA 15632

MARK ACITO
1094 BERT CIRCLE
PENN, PA 15675

Phone Number:
SSN: XXX-XX-9817

| | | |
|---|---|---|
| Emp No: | 128683 | Check No: 93558 |
| Location: | 1030 | Check Date: 10/16/2020 |
| Cost Center: | D00410 | Period Start: 9/28/2020 |
| Business Unit: | | Period End: 10/11/2020 |
| Job Cost: | | Pay Group: JOG |
| Job Family: | MFG | Pay Rate: 14.00 |
| AR #: | WAT1010 | Job: USH |

### EARNINGS

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| OT Premium | | | | | | 125.79 |
| Regular | | | 97.97 | | 1371.58 | 1782.58 |
| Shift $.75 | | | 80.00 | | 60.00 | 84.66 |
| Shift $.75 OT | | | 1.97 | | 20.22 | 20.22 |
| | | | | | | |
| Total Hours Worked: 0 | | Totals | 97.97 | | 1577.59 | 2013.25 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 82.37 | 82.37 |
| Employee Medicare | 22.87 | 29.19 |
| Social Security Emp | 97.81 | 124.82 |
| Pa State Income Tax | 48.43 | 61.80 |
| Penn | 15.78 | 20.14 |
| Penn Twp | 1.81 | 3.62 |
| Penn-Trafford Sd | 0.19 | 0.38 |
| Pa Unemployment Emp | 0.95 | 1.21 |
| Totals | 270.21 | 323.53 |

### EMPLOYEE ACCRUALS

| Desc | Balance | Taken | Remaining |
|---|---|---|---|
| FLPTO | 13.34 | 0.00 | |
| PTO | 6.16 | 0.00 | |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### EMPLOYER AMOUNTS

| Current | YTD |
|---|---|

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| C | 10167406 | 1307.38 |

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 1577.59 | 270.21 | 0.00 | 1307.38 | Total Net Pay | 1307.38 |
| YTD | 2013.25 | 323.53 | 0.00 | 1689.72 | Check Amount | 0.00 |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽



```
3015 Enterprise Drive
Export, PA 15632

MARK ACITO                          Emp No:       128683      Check No:     8112
1094 BERT CIRCLE                    Location:     1030        Check Date:   10/2/2020
PENN, PA 15675                      Cost Center:  D00410      Period Start: 9/14/2020
                                    BusinessUnit:             Period End:   9/27/2020
Phone Number:                       Job Cost:                 Pay Group:    JOG
SSN: XXX-XX-9817                    Job Family:   MFG         Pay Rate:     12.50
                                    AR #:         WAT1010     Job:          USH
```

### EARNINGS

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular |  |  | 32.88 |  | 411.00 | 411.00 |
| Shift $.75 |  |  | 32.88 |  | 24.66 | 24.66 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Employee Medicare | 6.32 | 6.32 |
| Social Security Emp | 27.01 | 27.01 |
| Pa State Income Tax | 13.37 | 13.37 |
| Penn | 4.36 | 4.36 |
| Penn Twp | 1.81 | 1.81 |
| Penn-Trafford Sd | 0.19 | 0.19 |
| Pa Unemployment Emp | 0.26 | 0.26 |

Total Hours Worked: 0    Totals: 32.88    435.66    435.66    Totals: 53.32    53.32

### EMPLOYEE ACCRUALS

| Desc | Balance | Taken | Remaining |
|---|---|---|---|
| LPTO | 13.34 | 0.00 | |
| TO | 3.08 | 0.00 | |

### DEDUCTIONS
| Description | Current | YTD |
|---|---|---|

### EMPLOYER AMOUNTS
| Current | YTD |
|---|---|

### NET PAY DISTRIBUTION
| Type | Acct Number | Amount |
|---|---|---|

|  | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 435.66 | 53.32 | 0.00 | 382.34 | Total Net Pay | 382.34 |
| YTD | 435.66 | 53.32 | 0.00 | 382.34 | Check Amount | 382.34 |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽

Payroll History Report
ACENO, MARK R.
07/01/2020 To 09/23/2020

02/10/2021
11:17 am

| Check No | Check Date | Week End | Hours | Gross | Taxes | Deductions | Net |
|---|---|---|---|---|---|---|---|
| 352971 | 07/03/2020 | 06/28/2020 | 40.00 | 500.00 | 117.33 | 0.00 | 382.67 |
| 353122 | 07/10/2020 | 07/05/2020 | 40.07 | 500.88 | 117.54 | 0.00 | 383.34 |
| 353279 | 07/17/2020 | 07/12/2020 | 48.00 | 650.00 | 153.01 | 0.00 | 496.99 |
| 353440 | 07/24/2020 | 07/19/2020 | 32.00 | 400.00 | 93.55 | 0.00 | 306.45 |
| 353597 | 07/31/2020 | 07/26/2020 | 24.25 | 303.13 | 70.52 | 0.00 | 232.61 |
| 353923 | 08/14/2020 | 08/09/2020 | 32.00 | 400.00 | 93.55 | 0.00 | 306.45 |
| 354088 | 08/21/2020 | 08/16/2020 | 50.00 | 687.50 | 161.93 | 0.00 | 525.57 |
| 354255 | 08/28/2020 | 08/23/2020 | 48.17 | 653.19 | 153.76 | 0.00 | 499.43 |
| 354436 | 09/04/2020 | 08/30/2020 | 50.19 | 691.06 | 162.77 | 0.00 | 528.29 |
| 354620 | 09/11/2020 | 09/06/2020 | 44.35 | 628.09 | 147.78 | 0.00 | 480.31 |
| 354800 | 09/18/2020 | 09/13/2020 | 48.52 | 658.53 | 155.04 | 0.00 | 503.49 |
| Totals: | 11 Checks | | 457.55 | 6,072.38 | 1,426.78 | 0.00 | 4,645.60 |

Commonwealth of Pennsylvania
Remittance Advice

002295    5532    0061950130    Sheet 1 of 1

### Pennsylvania Municipal Retirement System

```
-------------------------------------------------
Pay Date of 12/31/2020  Monthly    Year to Date
-------------------------------------------------
Gross Amount             1,230.49    14,765.88
-------------------------------------------------
Federal Withholding        -23.85      -286.20
State Withholding            0.00         0.00
-------------------------------------------------
Other Deductions             0.00         0.00
-------------------------------------------------
Net Pay                  1,206.64    14,479.68
-------------------------------------------------
```

This month's benefit is being directly deposited to your designated bank account.



PAYEE INFORMATION:
Mark Acito
1094 BERT CIR
PENN PA 15675-9529

NOTE:  Direct payment inquiries to:
PA Municipal Retirement System
1-800-622-7968
ra-staff@pa.gov

Memo:
DEPT 071    WARRANT 0061950130            002295

NACHA Direct Deposit Payment

12/31/2020

Mark Acito
1094 BERT CIR
PENN PA 15675-9529



002295