IN THE UNITED STATES BANKRUPTCY COURT
For the WESTERN DISTRICT of PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| In re:  MARK R. ACITO | ) | Chapter: 7 |
| MARCY L. ACITO | ) | Case Number: 21-20184-JAD |
| | ) | |
| Debtors. | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | [NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for: JEANNETTE CITY SCHOOL DISTRICT

Creditor of the above-referenced Debtors.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that JEANNETTE CITY SCHOOL DISTRICT be given and served with all notices given or required to be given in the case as follows:

>Jeannette City School District
>c/o Maiello, Brungo & Maiello, LLP - Tax Division
>100 Purity Road, Ste. 3
>Pittsburgh, PA  15235

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: February 22, 2021               Respectfully submitted,

                                         By:   */s/ Jennifer L. Cerce, Esquire*
                                               Attorney for Creditor
                                               PA I.D. #81157
                                               Maiello, Brungo & Maiello, LLP
                                               424 S. 27th Street, Ste. 210
                                               Pittsburgh, PA  15203
                                               (412) 242-4400
                                               jlc@mbm-law.net