IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-20184-JAD |
| MARK R. ACITO AND | : | |
| MARCY L. ACITO | : | Chapter 7 |
|         Debtor | : | |
| MARK R. ACITO AND | : | |
| MARCY L. ACITO | : | Related to Document No. 23 |
|  Movant | : | |
| | : | |
|         v. | : | Hearing Date and Time: N/A |
| NONE | : | |
| Respondent | : | |
| | : | |
| LISA M. SWOPE, ESQ., | : | |
| Chapter 7 Trustee | | |

**CERTIFICATE OF SERVICE OF ORDER OF COURT DATED MARCH 31, 2021; FIRST MEETING OF CREDITORS AND AMENDMENT TO SCHEDULE C.**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 1, 2021**.**

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and Electronic Notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: April 1, 2021

                                                      By:    /s/Gino F. Peluso, Esq.
                                                                     Signature

                                                                      Gino F. Peluso, Esq.
                                                                      Attorney for the Debtors

                                                                      One Peluso Place – Suite A
                                                                      2692 Leechburg Road
                                                                      Lower Burrell, PA 15068

                                                                      PA ID No.: 33740

**PAWB Local Form 7 (07/13)**

**Service by NEF:**

Office of the United States Trustee
Liberty Center – Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Lisa M. Swope, Esq.
Chapter 7 Trustee
Crawford McDonald LLC
PO Box 270
Ebensburg, PA 15931

**Service by First Class Mail:**

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One
PO Box 31293
Salt Lake City, UT 84131

Carvana LLC
63 Pierce Road
Winder, GA 30680

Chase Amazon Visa
PO Box 15298
Wilmington, DE 19850

Citibank M/C
388 Greennich Street
New York, NY 10013

Citibank/Expedia
PO Box 9001037
Louisville, KY 40203

David J. Apothaker, Esq
Apothaker Scian PC
520 Fellowship Road - Suite C306
PO Box 5496
Mount Laurel, NJ 08054

Delta American Express
PO Box 650448
Dallas, TX 75265

Discover
PO Box 30943
Salt Lake City, UT 84130

Lending Club
595 Market Street-Ste 200
San Francisco, CA 94105

MBM Collections, LLC
Jeannette City School District
100 Purity Road - Suite 3
Pittsburgh, PA 15235

Michael R. McKeever, Esq.
KML Law Group PC
701 Market Street - Suite 5000
Philadelphia, PA 19106

PayPal
PO Box 965064
Orlando, FL 30296

Rushmore Loan Management
PO Box 514707
Los Angeles, CA 90051

SPS Select Portfolio Service
PO Box 65250
Salt Lake City, UT 84165