**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mark R. Acito** | Social Security number or ITIN | **xxx–xx–9817** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Marcy L. Acito** | Social Security number or ITIN | **xxx–xx–1347** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **21–20184–JAD**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark R. Acito                 Marcy L. Acito

_5/26/21_                     **By the court:** <u>Jeffery A. Deller</u>
                                          United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 21-20184-JAD

Mark R. Acito                                                                              Chapter 7

Marcy L. Acito

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                       User: admin                                       Page 1 of 3

Date Rcvd: May 26, 2021                            Form ID: 318                            Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark R. Acito, Marcy L. Acito, 1094 Bert Circle, Penn, PA 15675-9529 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| cr | + | Jeannette City School District, Maiello Brungo & Maiello, LLP– Tax Div., 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15334109 | + | Carvana LLC, 63 Pierce Road, Winder, GA 30680-7280 |
| 15334113 | + | David J. Apothaker, Esq, Apothaker Scian PC, 520 Fellowship Road - Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15334117 | + | MBM Collections, LLC, Jeannette City School District, 100 Purity Road - Suite 3, Pittsburgh, PA 15235-4441 |
| 15334118 | + | Michael R. McKeever,Esq., KML Law Group PC, 701 Market Street - Suite 5000, Philadelphia, PA 19106-1541 |
| 15334120 | + | Rushmore Loan Management, PO Box 514707, Los Angeles, CA 90051-4707 |
| 15334121 | + | SPS Select Portfolio Service, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 27 2021 03:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 02:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 27 2021 03:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 02:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | May 27 2021 03:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15334107 | + | EDI: CAPITALONE.COM | May 27 2021 03:08:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15334108 | + | EDI: CAPITALONE.COM | May 27 2021 03:08:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15334111 | + | EDI: CITICORP.COM | May 27 2021 03:08:00 | Citibank M/C, 388 Greennich Street, New York, NY 10013-2362 |
| 15334112 | + | EDI: CITICORP.COM | May 27 2021 03:08:00 | Citibank/Expedia, PO Box 9001037, Louisville, KY 40290-1037 |
| 15334115 | | EDI: DISCOVER.COM | May 27 2021 03:08:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 15334114 | + | EDI: AMEREXPR.COM | May 27 2021 03:08:00 | Delta American Express, PO Box 650448, Dallas, |

District/off: 0315-2 | User: admin | Page 2 of 3
Date Rcvd: May 26, 2021 | Form ID: 318 | Total Noticed: 22

|  |  |  | TX 75265-0448 |
|---|---|---|---|
| 15334110 | EDI: JPMORGANCHASE | May 27 2021 03:08:00 | Chase Amazon Visa, PO Box 15298, Wilmington, DE 19850 |
| 15334116 | + EDI: LENDNGCLUB | May 27 2021 03:08:00 | Lending Club, 595 Market Street-Ste 200, San Francisco, CA 94105-2807 |
| 15334119 | + EDI: RMSC.COM | May 27 2021 03:08:00 | PayPal, PO Box 965064, Orlando, FL 32896-5064 |
| 15334928 | + EDI: RMSC.COM | May 27 2021 03:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | U.S. Bank National Association, as indenture trust |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2021          Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com |
| Gino F. Peluso | on behalf of Debtor Mark R. Acito gp@attorneypeluso.com  pelusolaw@comcast.net |
| Gino F. Peluso | on behalf of Joint Debtor Marcy L. Acito gp@attorneypeluso.com  pelusolaw@comcast.net |
| Jennifer L. Cerce | on behalf of Creditor Jeannette City School District jlc@mbm-law.net |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

User: admin
Date Rcvd: May 26, 2021    Form ID: 318    Total Noticed: 22
TOTAL: 7